**919 THIRD AVENUE NEW YORK, NY 10022-3908**         **JENNER&BLOCK** LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 14 2016

October 13, 2016

Katya Jestin
Tel +1 212 891 1685
KJestin@jenner.com

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Burrell*, 15 Cr. 95 (AJN) (S.D.N.Y.)

Dear Judge Nathan:

    I am CJA-appointed counsel for defendant Dante Stephens in the above-captioned matter. Due to scheduling conflicts, neither I nor my colleague Anthony S. Barkow will be able to attend the status conference scheduled for October 20, 2016. I have spoken with Roberto Finzi, who represents a co-defendant also scheduled to appear on October 20, and he has agreed to stand in for me if acceptable to the Court.

    I respectfully request permission to have Mr. Finzi stand in for me at the October 20 status conference.

Respectfully submitted,

*/s/ Katya Jestin*
Katya Jestin

Permission is granted. SO ORDERED.

SO ORDERED:  10/14/16

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE