UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dante Stephens,

              Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An arraignment and initial conference for an alleged violation of supervised release is hereby scheduled for November 25, 2019, at 1 p.m.

Dated: October 31, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge