UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEC 0 2 2019

United States of America,

—v—

Dante Stephens,

Defendant.

15 CR 00095-51 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The VOSR Presentment, Arraignment, and Initial Conference in this case scheduled for

tomorrow, December 3, 2019 at 10 am will take place in Courtroom 11B at The Daniel Patrick

Moynihan Courthouse located at 500 Pearl Street rather than Courtroom 906 at 40 Foley Square.

SO ORDERED.

Dated: Dec 2, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1