UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dante Stephens,

        Defendant.

15-cr-95 (AJN)

ORDER

DEC 0 4 2019

ALISON J. NATHAN, District Judge:

A status conference on alleged violations of supervised release is hereby scheduled for January 13, 2020 at 11 a.m. By January 9, 2020, the parties shall submit a joint letter informing the Court how they intend to proceed at the conference.

Dated: December 3, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge