UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dante Stephens,

        Defendant.



15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The status conference on alleged violations of supervised release scheduled for January 13, 2020 at 11 a.m. is hereby rescheduled to December 19, 2019 at 11 a.m. By 6 p.m. on December 18, 2019, the parties shall submit a joint letter informing the Court how they intend to proceed at the conference.

Dated: December 17, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge