919 THIRD AVENUE NEW YORK, NY 10022-3908                                JENNER&BLOCK LLP

December 19, 2019

DEC 2 0 2019

Anthony Barkow
Tel +1 212 891 1662
Fax +1 212 909 0860
ABarkow@jenner.com

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 906
New York, NY 10007

SO ORDERED: 12/20/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Dante Stephens*, No. 1:15CR00095-51(AJN)

Dear Judge Nathan,

This morning, the Court discussed scheduling the sentencing hearing in the above matter on January 16, 2020 at 10 a.m. Since then, I realized I made a scheduling mistake. The parties have since conferred, and all parties are available the morning of Wednesday, January 22, 2020. We respectfully request that the sentencing hearing be scheduled for that time. Thank you for your understanding.

Respectfully submitted,

/s/ Anthony Barkow

Anthony Barkow
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Tel: 212 891-1662
Fax: 212 909-0860
ABarkow@jenner.com
*Attorney for Defendant Dante Stephens*

> Mr. Stephens' sentencing for a violation of supervised release is hereby adjourned to January 22, 2020 at 10 a.m. Mr. Stephens' sentencing submission is due on or before January 15, 2020. The Government's sentencing submission is due on or before January 17, 2020.
> SO ORDERED.

cc:   Jessica Feinstein, United States Attorney's Office Southern District of New York (via email); Lauren Blackford, United States Probation Office (via email)