UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 06 2020

United States of America,

—v—

Dante Stephens,

          Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial conference on alleged violations of supervised release is hereby scheduled for March 5, 2020 at 12:45 p.m. At this conference, the Court will review the Magistrate Judge's bail determination.

    The Government shall submit a letter stating its position with respect to detention by 9 p.m. on March 4, 2020, and Mr. Stephens shall submit a letter stating his position by March 5, 2020 at 10 a.m.

    SO ORDERED.

Dated: March 4, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge