USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: MAR 06 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Dante Stephens,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial conference on alleged violations of supervised release that was scheduled for March 5, 2020 at 12:45 p.m is hereby rescheduled to March 6, 2020 at 12:45 p.m. At this conference, the Court will review the Magistrate Judge's bail determination.

SO ORDERED.

Dated: March 6, 2020
New York, New York

ALISON J. NATHAN
United States District Judge