```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES

    v.                                            15. Cr. 95 (AJN)

DANTE STEPHENS
-------------------------------------------------------X

    In order to ensure that **Dante Stephens, Reg. No. 77423-054,** is afforded access to counsel in preparation for the violation of supervised release hearing scheduled for March 13, 2020, it is hereby

    ORDERED that the Metropolitan Correctional Center permit Mr. Stephens's counsel to visit him beginning on Monday, March 9, 2020 through Thursday, March 12, 2020, assuming no specific security concerns are presented by counsel's visit.

**SO ORDERED**

New York, New York
Dated: March __, 2020

                                                     _____
                                                     Alison J. Nathan
                                                     United States District Judge