UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 0 2020

United States of America,

—v—

Dante Stephens,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As of the date of this Order, it remains unclear whether the Court's trial will continue into this Friday, March 13, 2020. By Wednesday, March 11, 2020, the parties shall inform the Court of the anticipated length of the hearing on alleged violations of supervised release currently scheduled for March 13, 2020 at 2 p.m. The parties shall also provide the Court with the next date they are available in the event the hearing must be adjourned.

SO ORDERED.

Dated: March 10, 2020
New York, New York

3/10/20

_____
ALISON J. NATHAN
United States District Judge