USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 2 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DANTE STEPHENS,

           Defendant.

- - - - - - - - - - - - - - - - - x

ORDER

S2 15 CR. 95 (AJN)

WHEREAS, a hearing has been set by this Court for March 13, 2020, to hear evidence concerning reported violations of the conditions of supervised release by the defendant, Dante Stephens;

AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for the Southern District of New York for the defendant, Dante Stephens, including case notes and drug testing documents, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; United States v. Giglio, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

AND WHEREAS, the Government has requested access to the records maintained by the U.S. Probation Office for the Southern District of New York related to the drug testing check-in list and

no-call list for January 27 and 28, 2020, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure;

IT IS HEREBY ORDERED that the U.S. Probation Office for the Southern District of New York provide a copy of the complete case file maintained for the defendant, Dante Stephens, and the drug testing check-in list and no-call list for January 27 and 28, 2020, to Assistant United States Attorneys Jessica Feinstein and Jamie Bagliebter.

SO ORDERED:

Dated:    March 11, 2020
          New York, New York

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK