919 THIRD AVENUE NEW YORK, NY 10022-3908                                    JENNER & BLOCK LLP

March 16, 2020

Anthony S. Barkow
+1 212 891 1662
ABarkow@jenner.com

**BY ECF AND EMAIL**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:     *United States v. Dante Stephens*, No. 15-cr-95 (AJN)

Dear Judge Nathan:

As counsel to Dante Stephens, we respectfully move, per the attached emergency motion for reconsideration of bail conditions, that Mr. Stephens be released from the MCC to remain in home confinement until his violation of supervised release ("VOSR") hearing on March 25, 2020. The Government and Probation do not consent to this request.

If the Court wishes to hold a hearing on this motion for reconsideration, the defense is available for a hearing by phone or video at which we would waive our client's presence, as explained in our motion. If bail is not granted, and in the event the VOSR hearing can be expedited, defense counsel is now available for such a hearing the week of March 16, 2020, although seriously questions whether holding such a hearing (with the need for in person testimony) is advisable or safe. The Government does not oppose moving the VOSR hearing to an earlier date, and will respond with its availability today after consulting with its witnesses.

Please note that we believe Mr. Stephens's next state court date is also currently scheduled for March 25 and, if it goes forward, thus conflicts with the current date for the VOSR.

Dated: March 16, 2020

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Anthony S. Barkow

Anthony S. Barkow
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
abarkow@jenner.com
*Attorney for Dante Stephens*

cc:     AUSA Jessica Feinstein (via ECF and email); AUSA Jamie Bagliebter (via ECF and email);
        Probation Officer Lauren Blackford (via ECF and email)