UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dante Stephens,

          Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Government shall respond to Mr. Stephens's March 16, 2020 emergency motion for reconsideration of bail conditions by March 17, 2020.

    SO ORDERED.

Dated: March ___, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge