USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Dante Stephens,

          Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On March 19, 2020, the Court received a communication from the Government inquiring whether the hearing on an alleged violation of supervised release scheduled for March 25, 2020 will proceed as scheduled. By March 23, 2020, the parties shall meet and confer and inform the Court whether they wish to proceed on March 25, 2020.

    SO ORDERED.

Dated: March 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge