USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Dante Stephens,

               Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       As communicated to counsel on March 19, 2020, the Court removes the condition imposed by Magistrate Judge Fox on March 4, 2020 that a financially-responsible person execute a personal recognizance bond before March 6, 2020 in order for the Defendant to be released. *See* Dkt. No. 2771. The Government consents to this removal.

       SO ORDERED.

Dated: March __20__, 2020
       New York, New York

                                          ALISON J. NATHAN
                                      United States District Judge