919 THIRD AVENUE NEW YORK, NY 10022-3908

**JENNER & BLOCK** LLP

March 23, 2020

**BY ECF AND EMAIL**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Anthony S. Barkow
+1 212 891 1662
ABarkow@jenner.com

Re:   *United States v. Dante Stephens*, No. 15-cr-95 (AJN)

Dear Judge Nathan:

On March 19, 2020, the Court ordered the parties to meet and confer and inform the Court whether they wish to proceed with the hearing on the violation of supervised release (VOSR) on March 25, 2020.  As counsel to Dante Stephens, we respectfully request that the VOSR hearing be adjourned for one month, until April 27, 2020, in light of the COVID-19 pandemic.  The Government and Probation do not object to this request.  During this adjournment, the parties will continue to confer about how best to proceed in light of the ever-changing circumstances.

Dated: March 23, 2020

Respectfully submitted,

JENNER & BLOCK LLP

By:  /s/ Anthony S. Barkow

Anthony S. Barkow
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
abarkow@jenner.com
*Attorney for Dante Stephens*

cc:   AUSA Jessica Feinstein (via ECF and email)
      AUSA Jamie Bagliebter (via ECF and email)
      Probation Officer Lauren Blackford (via ECF and email)