919 THIRD AVENUE NEW YORK, NY 10022-3908    **JENNER & BLOCK** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/20

SO ORDERED   4/22/20

*Alison J. Nathan, U.S.D.J.*

April 20, 2020

Anthony S. Barkow
+1 212 891 1662
ABarkow@jenner.com

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 2102
New York, NY 10007

> The hearing on Mr. Stephens's alleged violation of supervised release is hereby adjourned to July 9, 2020 at 10 a.m.
> SO ORDERED.

Re:   *United States v. Dante Stephens*, No. 15-cr-95 (AJN)

Dear Judge Nathan:

    As counsel to Dante Stephens, we respectfully write regarding Mr. Stephens's violation of supervised release (VOSR) hearing, currently scheduled for Monday, April 27, 2020. The parties agree that it would still be unsafe to appear in court next week in light of the COVID-19 pandemic. Defense counsel and the Government respectfully request that Mr. Stephens's VOSR hearing be adjourned to July 7, 8, 9, or 10, 2020, in the hope it will be safe to appear in court at that time.

Respectfully submitted,

JENNER & BLOCK LLP

By:   /s/ Anthony S. Barkow

Anthony S. Barkow
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
abarkow@jenner.com

*Attorney for Dante Stephens*

cc:   AUSA Jessica Feinstein (via ECF and email)
      AUSA Jamie Bagliebter (via ECF and email)
      Probation Officer Lauren Blackford (via ECF and email)