Case 1:15-cr-00095-AJN   Document 2891   Filed 06/15/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/20

919 THIRD AVENUE NEW YORK, NY 10022-3908

**JENNER & BLOCK** LLP

June 11, 2020

SO ORDERED   6/15/20

*/s/ Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

Anthony S. Barkow
+1 212 891 1662
ABarkow@jenner.com

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 2102
New York, NY 10007

> The hearing on Mr. Stephens' violation of supervised release is hereby adjourned to August 13, 2020 at 3 p.m. SO ORDERED.

Re:   *United States v. Dante Stephens*, No. 15-cr-95 (AJN)

Dear Judge Nathan:

As counsel to Dante Stephens, we respectfully write regarding Mr. Stephens's violation of supervised release (VOSR) hearing, currently scheduled for Thursday, July 9, 2020. The parties agree that it would still be unsafe to appear in Court next month in light of the COVID-19 pandemic. Defense counsel respectfully requests, with the Government's agreement, that Mr. Stephens's VOSR hearing be adjourned to August 12 or 13, 2020, in the hope it will be safe to appear then.

Respectfully submitted,

JENNER & BLOCK LLP

By:  /s/ Anthony S. Barkow

Anthony S. Barkow
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
abarkow@jenner.com

*Attorney for Dante Stephens*

cc:   AUSA Jamie Bagliebter (via ECF and email)
      AUSA Allison Nichols (via ECF and email)
      Probation Officer Lauren Blackford (via ECF and email)