Case 1:15-cr-00095-AJN   Document 2926   Filed 07/22/20   Pa...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Dante Stephens,

        Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Defendant's letter motion requesting an adjournment of the violation of supervised release (VOSR) hearing currently scheduled for August 13, 2020; the Government's opposition to the Defendant's request; and the Defendant's reply to the Government's opposition. Dkt. Nos. 2919, 2922, 2923.

The Defendant's request is hereby GRANTED. The Court adjourns the hearing to September 23, 2020 at 3 p.m.

SO ORDERED.

Dated: July 22, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge