```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dante Stephens,

           Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference on alleged violations of supervised release in this matter is currently scheduled for September 23, 2020 at 3 p.m. By September 11, 2020, defense counsel shall respond to the following two questions:

1) If both an in-court and videoconference proceeding are available, does Defendant prefer to proceed with an in-court proceeding or to proceed instead by video or teleconference?

2) If an in-court proceeding is unavailable, does Defendant consent to conduct the proceeding by video or teleconference?

    If Defendant consents to have the conference conducted by video or teleconference, either as a matter of preference or because an in-court proceeding is unavailable, please complete and submit the written consent form attached to this Order. Defense counsel may sign on Defendant's behalf if authorized by Defendant to do so. If the Court is unable to conduct an in-court proceeding at the scheduled time and Defendant does not consent to proceed by video or teleconference, the Court may adjourn the conference to a later date.

    SO ORDERED.

Dated: September 9, 2020
       New York, New York

                                ALISON J. NATHAN
                             United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

    DANTE STEPHENS,
               Defendant.
------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**15-CR-95-51 (AJN)**

**Check Proceedings that Apply**

\_\_\_\_    Violation of Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:    _____        _____
                 Print Name                                                    Signature of Defendant

\_\_\_\_    Admission of Specification

I am aware that I have been charged with violations of the terms of supervised release. I have consulted with my attorney about those charges. I have decided that I wish to admit to certain specifications. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my admission of the specifications and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to admit to certain specifications. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____  _____
       Print Name  Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _____  _____
       Print Name  Signature of Defense Counsel

**Accepted:** _____
       Signature of Judge
       Date: