UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2020

United States of America,

—v—

Dante Stephens,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A conference on alleged violations of supervised release in this matter is currently scheduled for September 23, 2020 at 11 a.m. In light of the COVID-19 public health crisis, there are significant issues related to in-court proceedings. In a letter dated September 10, 2020, the Defendant indicated that he prefers to proceed by teleconference or videoconference, and he has submitted an executed waiver of physical presence form to the Court. Dkt. Nos. 2992, 2993. Accordingly, the proceeding will be conducted by videoconference using the Skype for Business platform. The Court will provide public dial-in information in a separate Order.

The Defendant has indicated to the Court that he intends to enter an admission to one of the specifications at the September 23, 2020 conference, and has further requested that the Court schedule a sentencing for after September 30, 2020. If the Defendant does enter an admission, a sentencing in this matter will be scheduled for October 20, 2020 at 1 p.m. In that event, the Defendant shall provide his sentencing submission by October 14, 2020, while the Government's sentencing submission will be due on October 16, 2020.

SO ORDERED.

Dated: September 17, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge