USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dante Stephens,

           Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference on alleged violations of supervised release in this matter is presently scheduled for **September 23, 2020 at 3 p.m.**, as originally indicated in Dkt. Nos. 2926 and 2990. As noted on September 17, 2020, the proceeding will be conducted by videoconference using the Skype for Business platform. Dkt. No. 3001. The conference will be held remotely using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform. At **3 p.m.** on September 23, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 471137886. No later than 24 hours before the conference, the parties shall submit a joint letter indicating all issues they intend to address at the conference.

    SO ORDERED.

Dated: September 18, 2020
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge