AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-cr-00095-AJN-51 |
| Dante Stephens | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dante Stephens

Date: 09/18/2020

*Attorney's signature*

Kara V. Brandeisky (Bar Number: 5764469)
*Printed name and bar number*

919 Third Avenue
New York, New York 10022-3908
*Address*

kbrandeisky@jenner.com
*E-mail address*

(212) 407-1754
*Telephone number*

*FAX number*