UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Dante Stephens,

　　　　　　　　Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　The sentencing in this matter currently scheduled for October 20, 2020 at 1 p.m. is hereby re-scheduled to **October 20, 2020 at 3 p.m**. In light of the Defendant's preference, Dkt. No. 3043, the sentencing will be conducted by videoconference using the Skype for Business platform. To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If Mr. Stephens, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than October 19, 2020.

　　The Court will provide the parties and members of the public with instructions for accessing this platform at a later date. The Court reminds the parties of Rule 8.A of this Court's Individual Rules of Criminal Practices. Defendant's sentencing submission shall be filed by no later than October 15, 2020. The Government's sentencing submission shall be filed by no later than 12 p.m. on October 19, 2020.

　　SO ORDERED.

Dated: October 14, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALISON J. NATHAN
　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

            -v-

    DANTE STEPHENS,
              Defendant.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**15-CR-95-51 (AJN)**

**Check Proceedings that Apply**

\_\_\_\_    Sentencing

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced. I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____    _____
            Print Name                                           Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _____    _____
            Print Name                                           Signature of Defense Counsel

**Accepted:** _____
Signature of Judge
Date: