```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dante Stephens,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A sentencing in this matter is scheduled for October 20, 2020 at 3 p.m. The proceeding will be conducted by videoconference using the Skype for Business platform. The Court has separately provided the parties with instructions for accessing this platform. At 3 p.m. on October 20, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 362666303.

    SO ORDERED.

Dated: October 20, 2020
       New York, New York

                                            ALISON J. NATHAN
                                      United States District Judge